USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/12/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHRISTIAN MERCADO, a/k/a DEBRA MERCAD,

                      Plaintiff,

-against-

CORRECTION OFFICER HAIDOME, SHIELD #1306,

                      Defendant.

24 Civ. 2784 (AT)

**ORDER OF SERVICE**

ANALISA TORRES, United States District Judge:

      The Clerk of Court is directed to electronically notify the New York City Department of Correction and the New York City Law Department of this order. The Court requests that Correction Officer Hadome (also referred to as "Haidome"), Shield No. 1306, waive service of a summons.

SO ORDERED.

Dated:   June 12, 2024
            New York, New York

                                                                 ANALISA TORRES
                                                                 United States District Judge