UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTIAN MERCADO, also known as DEBRA MERCAD,<br><br>     Plaintiff,<br><br> -v-<br><br><br>CORRECTIONAL OFFICER HAIDOME, Shield #1306,<br><br>     Defendant. | PRISONER PRO SE<br><br>CIVIL ACTION NO.: 24 Civ. 2784 (AT) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

 The Court thanks Plaintiff Christian Mercado for her letter. (ECF No. 17). Plaintiff is reminded that she may make initial requests for documents from Defendant by November 8, 2024 (ECF No. 16), and that the next telephone status call is scheduled for Monday, December 16, 2024, at 2:30 p.m. (ECF No. 15).

 The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff.

Dated: New York, New York
   October 28, 2024

SO ORDERED.

*/s/ Sarah L. Cave*
**SARAH L. CAVE**
**United States Magistrate Judge**

Mail to:

Christian Mercado
DIN: 24B3821
Elmira Correctional Facility
1879 Davis Street, P.O. Box 500
Elmira, NY 14901
PRO SE