UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTIAN MERCADO, also known as DEBRA MERCAD,

                Plaintiff,

-v-

CORRECTIONAL OFFICER HAIDOME, Shield #1306,

                Defendant.

**PRISONER PRO SE**

CIVIL ACTION NO.: 24 Civ. 2784 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone status conference held today, December 16, 2024, it is ORDERED as follows:

1. Defendant's counsel shall request from the New York Department of Corrections copies of any written statements Plaintiff made in June or July 2024 concerning the incident on December 20, 2023 involving Officer Haidome (see ECF No. 1 at 4) and produce any such statements to Plaintiff.

2. The deadline to complete fact depositions and all fact discovery is **EXTENDED** up to and including **March 10, 2025**. On or before **March 17, 2025**, the parties shall file a joint letter certifying the completion of fact discovery.

3. A telephone status conference is scheduled for on **Tuesday, February 18, 2025 at 10:00 a.m.** on the Court's Microsoft Teams platform. The parties are directed to call: (646) 453-4442; phone conference ID: 380 055 116#, at the scheduled time.

It is **further ORDERED** that the Warden or other official in charge of the Elmira Correctional Facility—or the correctional facility at which Plaintiff Christan Mercado, NYSID

no. 13772776Z, DIN: 24B3821, resides—shall produce Plaintiff on **February 18, 2025, no later than 9:45 a.m.** to a suitable location within the correctional facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and Defendant's counsel. If the scheduled date and time for the conference presents a hardship, the Warden or the Warden's designee should promptly inform the Court by calling (212) 805-0214.

The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff.

Dated:    New York, New York
          December 16, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

Mail to:

Christian Mercado
DIN: 24B3821
Elmira Correctional Facility
1879 Davis Street, P.O. Box 500
Elmira, NY 14901
PRO SE