UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTIAN MERCADO, also known as DEBRA MERCAD,

               Plaintiff,

-v-

CORRECTIONAL OFFICER HAIDOME, Shield #1306,

               Defendant.

**PRISONER PRO SE**

CIVIL ACTION NO.: 24 Civ. 2784 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone status conference held today, February 18, 2025, it is ORDERED as follows:

1. On or before **February 28, 2025**, Plaintiff shall deliver to Defendant her written responses to Defendant's requests for discovery.

2. The deadline to complete all fact discovery is **EXTENDED** up to and including **March 31, 2025**. On or before **April 7, 2025**, the parties shall file a joint letter certifying the completion of fact discovery.

3. A telephone status conference is scheduled for on **Tuesday, March 4, 2025 at 11:00 a.m. ET** on the Court's Microsoft Teams platform. The parties are directed to call: (646) 453-4442; phone conference ID: 582 455 17#, at the scheduled time.

It is **further ORDERED** that the Warden or other official in charge of the Elmira Correctional Facility—or the correctional facility at which Plaintiff Christan Mercado, NYSID no. 13772776Z, DIN: 24B3821, resides—shall produce Plaintiff on **March 4, 2025, no later than 10:45 a.m. ET** to a suitable location within the correctional facility that is equipped with a

telephone, for the purpose of participating by telephone in a conference with the Court and Defendant's counsel. If the scheduled date and time for the conference presents a hardship, the Warden or the Warden's designee should promptly inform the Court by calling (212) 805-0214.

The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff.

Dated:	New York, New York
	February 18, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge