UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTIAN MERCADO, also known as DEBRA MERCAD,

      Plaintiff,

 -v-

CORRECTIONAL OFFICER HAIDOME, Shield #1306,

      Defendant.

**PRISONER PRO SE**

CIVIL ACTION NO.: 24 Civ. 2784 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone status conference held today, March 4, 2025, it is ORDERED as follows:

1. The deadline to complete all fact discovery is **EXTENDED** up to and including **April 30, 2025**. On or before **May 7, 2025**, the parties shall file a joint letter certifying the completion of fact discovery.

2. A telephone status conference is scheduled for on **Monday, April 7, 2025 at 10:00 a.m. ET** on the Court's Microsoft Teams platform. The parties are directed to call: (646) 453-4442; phone conference ID: 672 649 876#, at the scheduled time.

It is **further ORDERED** that the Warden or other official in charge of the Elmira Correctional Facility—or the correctional facility at which Plaintiff Christian Mercado, NYSID no. 13772776Z, DIN: 24B3821, resides—shall produce Plaintiff on **April 7, 2025, no later than 9:45 a.m. ET** to a suitable location within the correctional facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and

Defendant's counsel. If the scheduled date and time for the conference presents a hardship, the Warden or the Warden's designee should promptly inform the Court by calling (212) 805-0214.

The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff.

Dated:    New York, New York
            March 4, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

2