UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTIAN MERCADO, also known as DEBRA MERCAD,<br><br>　　　　　　　　Plaintiff,<br><br>-v-<br><br>CORRECTIONAL OFFICER HAIDOME, Shield #1306,<br><br>　　　　　　　　Defendant. | PRISONER PRO SE<br><br>CIVIL ACTION NO. 24 Civ. 2784 (AT) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone status conference held today, April 7, 2025, it is ORDERED as follows:

1. The deadline to complete all fact discovery is **EXTENDED** up to and including **May 30, 2025**. On or before **June 6, 2025**, the parties shall file a joint letter certifying the completion of fact discovery.

2. To timely complete remaining fact discovery in this case, the Court requests that the Warden or other appropriate official of the Elmira Correctional Facility—or the correctional facility at which Plaintiff Christian Mercado, NYSID no. 13772776Z, DIN: 24B3821, resides—set an appointment with Plaintiff's case manager, Ms. Watson, as soon as practicable.

The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff.

Dated:　　　New York, New York
　　　　　　April 7, 2025

SO ORDERED.

*/s/ Sarah L. Cave*
**SARAH L. CAVE**
**United States Magistrate Judge**