UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CHRISTIAN MERCADO, also known as
DEBRA MERCAD,

                   Plaintiff,

         -against-

CORRECTIONAL OFFICER HAIDOME,
SHIELD #1306,

                   Defendant.

------------------------------------------------------------X

**ORDER TO PRODUCE**

24 Civ. 2784 (AT) (SLC)

**Honorable Sarah L. Cave, United States Magistrate Judge**

Upon the application of defendant for leave to take the deposition of plaintiff Christian Mercado, an inmate, and the Court having granted leave for the taking of plaintiff Christian Mercado's, a.k.a. Debra Mercad's, deposition pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure:

**IT IS HEREBY ORDERED** that the Warden or other official in charge of Elmira Correctional Facility, located in Elmira, New York, produce inmate Christian Mercado, DIN 24-B-3821, within the facility for the taking of their deposition by video conference on **May 28, 2025, commencing at 9:00 a.m.**, and for so long thereafter as the deposition continues;

**IT IS FURTHER ORDERED** that plaintiff Christian Mercado appear in such place as designated by the Warden or other official in charge of Elmira Correctional Facility so that their deposition may be taken; and

2

**IT IS FURTHER ORDERED** that also present at the deposition will be a court reporter to be designated by defendant as well as the attorney for defendant.

> The Clerk of Court is respectfully directed to close ECF No. 24.
>
> SO ORDERED.   May 15, 2025
>
> *Sarah␣Cave*
> SARAH L. CAVE
> United States Magistrate Judge

2