UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTIAN MERCADO, also known as DEBRA MERCAD,<br><br>               Plaintiff,<br><br>-v-<br><br>CORRECTION OFFICER HAIDOME, Shield #1306,<br><br>               Defendant. | **PRISONER PRO SE**<br><br>CIVIL ACTION NO.: 24 Civ. 2784 (AT) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

      This case was referred to the undersigned for general pretrial supervision and a report and recommendation on Defendant's motion to dismiss (the "Motion") at ECF No. 30. (ECF No. 36). Pursuant to the Court's order at ECF No. 29, Plaintiff's opposition to the Motion was due on August 20, 2025. (ECF No. 29). To date, Plaintiff has not filed an opposition to the Motion. As a one-time courtesy, the Court sua sponte **EXTENDS** the deadline for Plaintiff to file an opposition to the Motion up to and including **September 19, 2025**. The Court also **EXTENDS** Defendant's reply up to and including **October 3, 2025**.

Dated:    New York, New York
             August 21, 2025

SO ORDERED.

*[signature]*

**SARAH L. CAVE**
**United States Magistrate Judge**