UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTIAN MERCADO, also known as DEBRA MERCAD,<br><br>        Plaintiff,<br><br>-v-<br><br>CORRECTIONAL OFFICER HAIDOME, Shield #1306,<br><br>        Defendant. | **PRISONER PRO SE**<br><br>CIVIL ACTION NO.: 24 Civ. 2784 (AT) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Plaintiff's submission at ECF No. 39 (the "Submission"). Although Plaintiff labels her Submission as a "Notice of Motion" (ECF No. 39 at 2) with an accompanying declaration (ECF No. 39 at 3–4) and exhibits (ECF No. 39-1–39-7), the Submission does not contain a statement of material facts, pursuant to Local Rule 56.1. Accordingly, the Court considers the Submission as Plaintiff's response in opposition to Defendant's motion for summary judgment (ECF No. 30 ("Defendant's Motion")), not a cross-motion for summary judgment.

Pursuant to the Court's Order at ECF No. 38, Defendant's reply in further support of Defendant's Motion is due by **October 3, 2025**.

Dated:    New York, New York
             September 3, 2025

SO ORDERED.

*/s/ Sarah L. Cave*
**SARAH L. CAVE**
**United States Magistrate Judge**