UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTIAN MERCADO, also known as DEBRA MERCAD,

                Plaintiff,

-v-

CORRECTIONAL OFFICER HAIDOME, Shield #1306,

                Defendant.

CIVIL ACTION NO.: 24 Civ. 2784 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of another submission from Plaintiff (Dkt. No. 43 (the "Second Supplemental Submission")) labeled a "Local Rule 56.1 Statement of Material Facts [in] Support of Plaintiff['s] Motion of Opposition," which appears to be a further response to Defendant's motion for summary judgment (Dkt. No. 30 (the "Motion")). The Court previously construed Plaintiff's earlier submissions at Dkt. No. 39 (the "Original Submission") and Dkt. No. 41 (the "Supplemental Submission") as responses in opposition to the Motion. (See Dkt. Nos. 40; 42). The Court again construes Plaintiff's Second Supplemental Submission as another supplemental response in opposition to the Motion. The Court deems Plaintiff's opposition to the Motion fully submitted and will not accept further supplemental submissions from Plaintiff regarding the Motion.

Given that Plaintiff's Second Supplemental Submission does not contain any additional factual allegations beyond what Plaintiff included in her complaint (Dkt. No. 1), her Original Submission (Dkt. No. 39), and her Supplemental Submission (Dkt. No. 41), Defendant's deadline to file his reply in further support of the Motion remains **October 10, 2025**.

Dated: New York, New York
September 22, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge