UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTIAN MERCADO a/k/a DEBRA
MERCADO,

                        Plaintiff,

          -against-

UTOMI HAIDOME,

                       Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/1/2025__

24 Civ. 2784 (AT) (SLC)

**ORDER ADOPTING
REPORT AND
RECOMMENDATION**

ANALISA TORRES, District Judge:

      Plaintiff *pro se*, Christian Mercado a/k/a Debra Mercado, brings this action against Defendant, Utomi Haidome ("Officer Haidome"), alleging that Officer Haidome violated her First Amendment right to freely exercise her Wiccan religion while she was detained pretrial at the Otis Bantum Correctional Center at Rikers Island in 2023. *See generally* Compl., ECF No. 1; Report and Recommendation ("R&R"), ECF No. 47 at 1–2, 4–5. Before the Court is Officer Haidome's motion for summary judgment, in which he argues that Mercado has failed to exhaust her administrative remedies and that her claim fails as a matter of law. *See* Mot., ECF No. 30; *see also* ECF Nos. 31–33 (documents in support of Officer Haidome's motion), ECF No. 39 (Mercado's opposition). The Court referred the motion to the Honorable Sarah L. Cave for a report and recommendation. ECF No. 36.

      After careful consideration, Judge Cave issued a report recommending that Officer Haidome's motion be granted and that Mercado's claim be dismissed with prejudice. *See generally* R&R. Despite notification of the right to object to the R&R, no objections were filed, and the time to do so has now passed. *See id.* at 28–29; Fed. R. Civ. P. 72(b)(2). Because no objection was made, the Court reviews the R&R for clear error. *Santiago v. Colvin*, No. 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014). The Court finds no clear error in Judge Cave's thorough and well-reasoned R&R.

      Accordingly, the Court ADOPTS the R&R in its entirety. Officer Haidome's motion for summary judgment is GRANTED. Mercado's claim is dismissed with prejudice.

      The Clerk of Court is respectfully directed to terminate the motion at ECF No. 30, to mail a copy of this order to Plaintiff *pro se*, and to close the case.

      SO ORDERED.

Dated: December 1, 2025
      New York, New York

ANALISA TORRES
United States District Judge