**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
CHRISTIAN MERCADO a/k/a DEBRA
MERCADO,

                    Plaintiff,                        24 **CIVIL** 2784 (AT)(SLC)

      -against-                              **JUDGMENT**

UTOMI HAIDOME,

                    Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated December 1, 2025, the Court adopts the Report &

Recommendation in its entirety. Officer Haidome's motion for summary judgment is

GRANTED. Mercado's claim is dismissed with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York
        December 2, 2025

                                **TAMMI M. HELLWIG**

                                _____

                                **Clerk of Court**

             **BY:**  _____

                         **Deputy Clerk**